UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**ARSENEAULT, WHIPPLE, FARMER,**
**FASSETT & AZZARELLO, LLP**
**John C. Whipple, Esq. (JW 1591)**
**560 Main Street**
**Chatham, New Jersey 07928**
**Telephone: 973-635-3366**
**Facsimile: 973-635-0855**
**Attorneys for Defendant Steven Venechanos**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Stanley R. Chesler, U.S.D.J. |
| Plaintiff, | : | |
| v. | : | Criminal No. 05-0533 |
| MARK COCCHIOLA and | : | **ORDER** |
| STEVEN VENECHANOS, | : | |
| Defendants. | : | Document Electronically Filed |

**THIS MATTER** having come before the Court on the motion of Defendant Steven Venechanos, by and through and his attorneys, Areseneault, Whipple, Farmer, Fassett & Azzarello, LLP (John C. Whipple, Esq. appearing), in the presence of the United States (John M. Fietkiewicz, Esq., A.U.S.A.) and the Court having heard argument of counsel and the Court having considered the arguments of counsel and having reviewed the papers submitted,

IT IS on this 2nd day of June, 2008, **HEREBY ORDERED** that Defendant Steven Venchanos' motion for bail pending appeal is hereby ~~GRANTED~~ Denied in all respects.

**IT IS FURTHER ORDERED** that the Defendant shall be subject to all conditions of release previously ordered by this Court.

*[signature]*

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT COURT