# ARSENEAULT, WHIPPLE, FARMER, FASSETT & AZZARELLO, LLP

JACK ARSENEAULT
JOHN A. AZZARELLO[+]
KELLY DANIELS
DEBORAH FACTOR[++*]
JOHN J. FARMER, JR.

ATTORNEYS AT LAW

560 MAIN STREET
CHATHAM, NEW JERSEY 07928
(973) 635-3366
FAX (973) 635-0855
EMAIL info@awffa.com

DAVID W. FASSETT
JOSHUA C. GILLETTE[+]
THOMAS M. LENNEY[+++]
JOHN C. WHIPPLE[*]
MARY GIBBONS WHIPPLE

[+]ALSO ADMITTED IN NEW YORK
[++]ALSO ADMITTED IN CALIFORNIA
[+++]ALSO ADMITTED IN MICHIGAN

[*]CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

July 8, 2008

**Via DHL and Electronically Filed**

Honorable Stanley R. Chesler, U.S.D.J.
United States District Court, District of New Jersey
U.S. Post Office and Courthouse Building
50 Walnut Street, Room 417
Newark, New Jersey 07101-0999

>    Re:   **United States v. Steven Venechanos**
>          **Crim. No. 05-533**

Dear Judge Chesler:

   Recently, Your Honor approved a Consent Order extending Mr. Venechanos' voluntary surrender to Tuesday, July 15, 2008. The Third Circuit is presently considering Mr. Venechanos' motion for bail pending appeal which Your Honor had previously denied. The Government timely filed its response to that motion yesterday, July 7, 2008.

   I write on behalf of Mr. Venechanos to request another brief extension of his voluntary surrender date. It has to do with the medical condition of his youngest daughter Lauren. Lauren was seriously injured on June 19, 2008 while playing on her softball team. She had a collision with another player during the game and suffered a broken jaw. Medical procedures were preformed which required the wiring of her jaw by an oral surgeon. I have been advised that her treatment will be complete by Friday, August 8, 2008. Therefore, we respectfully request that Your Honor please consider extending Mr. Venechanos' surrender date to Monday, August 11, 2008.

**ARSENEAULT, WHIPPLE, FARMER,**
**FASSETT & AZZARELLO, LLP**
ATTORNEYS AT LAW

**Honorable Stanley R. Chesler, U.S.D.J.**
**Re:   United States v. Steven Venechanos**
         **Crim. No. 05-533**
**July 8, 2008**
**Page 2**

      Mr. Fietkiewicz has advised that the Government does not consent to this application. However, given the circumstances of this child's injury, and the twenty-six (26) day extension that is sought, we respectfully request that the Court grand this application. Thank you for your attention to this matter.

                Respectfully submitted,

                **ARSENEAULT, WHIPPLE, FARMER,**
                **FASSETT & AZZARELLO, LLP**

                By:   s/John C. Whipple
                      John C. Whipple (JW 1591)

JCW:dn
cc:   John M. Fietkiewicz, Esq., A.U.S.A.
         Lawrence S. Lustberg, Esq.
         Mr. Steven Venechanos

**SO ORDERED:** _____
                  STANLEY R. CHESLER, U.S.D.J.